**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Joshua Chuboff, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 CV 13999 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| North Suburban Petro Mart, Inc.., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. upon the Court's own motion, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant North Suburban Petro Mart, Inc. and against plaintiff Joshua Chuboff. Defendant shall not recover costs from plaintiff.

Dated: January 23, 2024

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge