IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA CHUBOFF | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 CV 13999 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| NORTH SUBURBAN PETRO MART, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the Court's own motion for failure to pay the required filing fee, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant North Suburban Petro Mart, Inc. and against plaintiff Joshua Chuboff. Defendant shall not recover costs from plaintiff.

Dated: January 23, 2024

John J. Tharp, Jr.
United States District Judge